# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Debra K. Lewandowski, | Civil No. 10-3925 (RHK/SER) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Entegris, Inc., a Minnesota corporation, and Unum Life Insurance Company of America, a Maine corporation, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation (Doc. No. 10), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of attorneys' fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge